UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 4:22-cr-00018-KGB-1 |
| | ) | |
| KAREN JAMES | ) | |

### MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Karen James, by and through her attorney, Erin Cassinelli, states in support of her Motion to Modify Conditions of Release:

On February 9, 2022 Ms. James waived indictment on a single count of violation of Title 18, United States Code, Section 1341. During the same hearing, Ms. James entered a plea of guilty on the single count.

Ms. James's bond conditions include the requirement that she not leave the Western District of Missouri without permission from the Probation Officer. Ms. James is a resident of Lee's Summit, Missouri, a suburb in the Kansas City metropolitan area, on the border of the Western District of Missouri and the District of Kansas. Her home address is only 13 miles from the Kansas border.

Given the regularity and necessity with which people living in this area travel between the adjacent districts, Ms. James's USPO has indicated to counsel that she supports a modification of Ms. James's conditions to allow Ms. James to travel between the Western District of Missouri and the District of Kansas.

Neither AUSA Amanda Jegley nor AUSA Stephanie Mazzanti object to this modification.

WHEREFORE, the Defendant, Karen James, asks the Court to grant her motion, and for any other relief the Court finds appropriate.

Respectfully submitted,

**Erin Cassinelli**
ABN 2005118
erin@lcarklaw.com

**Attorney for Defendant**
LASSITER & CASSINELLI
300 S. Spring St., Ste. 800
Little Rock, AR 72201
(501) 370-9300